**FILED**

05/18/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0075

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 21-0075

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

ANTHONY WEIMER,

    Defendant and Appellant.

FILED

MAY 18 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Before this Court is self-represented Appellant Anthony Weimer and his Motion to Correct the Record, pursuant to M. R. App. P. 8(6). Weimer provides that the County Attorney for Flathead County does not oppose the motion and that the Attorney General did not state whether it was opposed. No response to the motion was filed with this Court. M. R. App. P. 16(1).

Upon review of Weimer's Motion with its specific, limited corrections to the testimony for the bench trial and sentencing hearing along with the pertinent portions of the transcripts on file with this Court, therefore,

IT IS ORDERED that Weimer's Motion to Correct the Record is GRANTED and that the Motion's Attachments A and B are incorporated as part of the transcript record on appeal.

The Clerk is directed to provide a copy of this Order to counsel of record and to Anthony Weimer personally.

DATED this 18 day of May, 2021.

For the Court,

By _____
        Chief Justice